UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| NASRIN BEHROOZI, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-579-JCM-JJ |
| | ) | |
| vs. | ) | |
| | ) | |
| NEW ALBERTSONS, INC., | ) | O R D E R |
| | ) | |
| Defendant, | ) | |
| | ) | |
| AND RELATED THIRD-PARTY CLAIM. | ) | |
| | ) | |

This matter is before the court on Third Party Defendant Phaze Concrete, Inc.'s Motion For Order to Show Cause why Aggregate Industries-SWR, Inc. Should Not Be Held in Contempt (#52) and Motion to Compel Production of Documents (#53).

The Court having reviewed the Motions (#52 & #53) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing on the Motions (#52 & #53 is scheduled for August 22, 2012, at 9:00 AM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada.

IT IS FURTHER ORDERED that Third Party Defendant Phaze Concrete is required to serve a copy of this Order on Aggregate Industries-SWR, Inc. by personal service or by certified mail, return receipt requested. Proof of service must be filed with the court at least 3 days prior to the scheduled hearing.

DATED this  7th  day of August, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge