UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NASRIN BEHROOZI,  )   Case No. 2:11-cv-00579-JCM-NJK
              )
        Plaintiff(s),  )   ORDER AMENDING ORDER
              )   GRANTING MOTION TO SEVER
vs.           )
              )   (Docket No. 171)
NEW ALBERTSON'S, INC., et al.,  )
              )
        Defendant(s).  )
              )

       On October 24, 2014, the undersigned issued an order granting the motion to sever. Docket No. 171. The Court hereby **AMENDS** that order such that the following sentences are **DELETED**:

        The Clerk's Office is **INSTRUCTED** to assign a new case number to the third-party action and transfer the third-party complaint and amended complaints, all related motions, and related Court orders to the new action's docket. The new action shall remain assigned to Judge Mahan and the undersigned magistrate judge.

Docket No. 171 at 5. Those sentences shall be **REPLACED** with the following:

        The Clerk's Office is **INSTRUCTED** to assign a new case number to the third-party action. The Clerk's Office shall duplicate the entirety of the docket in this case and replicate it in the newly-created case. The Third-Party Defendants and third-party claims shall be terminated from this case. The new case shall not indicate any active claim in that case by Plaintiff against Defendant. From this date forward, the parties are **ORDERED** to file all documents pertaining to Plaintiff's claims in this case, and

all documents pertaining to Defendant's third-party claims in the newly-created case. The new action shall remain assigned to Judge Mahan and the undersigned magistrate judge.

IT IS SO ORDERED.

DATED: October 28, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge