1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                             **DISTRICT OF NEVADA**

10

11   NASRIN BEHROOZI,                          )          Case No. 2:11-cv-00579-JCM-NJK
                                                )
12                    Plaintiff(s),             )          ORDER
                                                )
13   vs.                                        )
                                                )
14   NEW ALBERTSON'S, INC., et al.,             )
                                                )
15                    Defendant(s).             )
     _____)

16          Currently before the Court is the parties' status report regarding how to proceed in this case.

17   Docket No. 176.  The Court hereby **SETS** a scheduling conference for 3:00 p.m. on November 19, 2014,

18   in Courtroom 3B.

19          IT IS SO ORDERED.

20          DATED: November 10, 2014

21

22                                              _____
                                                NANCY J. KOPPE
23                                              United States Magistrate Judge

24

25

26

27

28