1  STEVEN T. JAFFE, ESQ.
   Nevada Bar No. 007035
2  sjaffe@lawhjc.com
   MATTHEW V. PASSANISI
3  Nevada Bar No. 013212
   mpassanisi@lawhjc.com
4
          HALL JAFFE & CLAYTON, LLP
5              7425 PEAK DRIVE
            LAS VEGAS, NEVADA 89128
6              (702) 316-4111
             FAX (702)316-4114
7
   *Attorneys for Defendant,*
8  *New Albertson's, Inc.*

9                 UNITED STATES DISTRICT COURT

10                     DISTRICT OF NEVADA

11 NASRIN BEHROOZI,                    CASE NO.  2:11-cv-0579-JCM-NJK

12              Plaintiff,
                                       Order granting
13 vs.                                 motion re:     **CHANGE OF ATTORNEYS**

14 NEW ALBERTSON'S, INC.,

15              Defendant.

16

17     HALL, JAFFE AND CLAYTON, LLP represents Defendant New Albertson's, Inc. in this matter.
18 Recently, our colleague, Dana B. Krulewitz, Esq., changed firms and has left HALL, JAFFE AND
19 CLAYTON, LLP. Accordingly, her name should be removed from the CM/ECF service list for the above-
20 referenced matter.
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Steven T. Jaffe, Esq., Nevada Bar No. 007035, will remain as counsel of record. Additionally, please add Matthew V. Passanisi, Esq., Nevada Bar No. 013212, as counsel of record for this matter as well.

DATED This 25 day of November, 2014.

          HALL JAFFE & CLAYTON, LLP

          By: _____
          STEVEN T. JAFFE, ESQ.
          Nevada Bar No. 007035
          MATTHEW V. PASSANISI, ESQ.
          Nevada Bar No. 013212
          7425 Peak Drive
          Las Vegas, Nevada 89128
          *Attorneys for Plaintiff,*
          *New Albertson's, Inc.*

IT IS SO ORDERED.
Dated: November 25, 2014

_____
United States Magistrate Judge