1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| NASRIN BEHROOZI, | ) | |
| Plaintiff(s), | ) | Case No. 2:11-cv-00579-JCM-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NEW ALBERTSONS, INC., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

This case has been set for a calendar call for May 27, 2015, and a jury trial for June 1, 2015.
Docket No. 184.  It appears that the parties have not filed a joint proposed pretrial order.  The Court
hereby ORDERS the parties to file a joint proposed pretrial order no later than March 16, 2015.

IT IS SO ORDERED.

DATED: March 2, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge